# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH AND APRIL PARR, HUSBAND AND WIFE, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF SAMANTHA PARR,

Petitioners

v.

FORD MOTOR COMPANY, MCCAFFERTY FORD SALES, INC., D/B/A MCCAFFERTY AUTO GROUP, MCCAFFERTY FORD OF MECHANICSBURG, INC., AND MCCAFFERTY FORD COMPANY,

Respondents

: No. 46 EAL 2015
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.